

# Fourth Court of Appeals
## San Antonio, Texas

## MEMORANDUM OPINION

No. 04-18-00745-CV

Jennifer A. **LEMMER** and Andrew J. Luck,
Appellants

v.

**SAN FRANCISCO FEDERAL CREDIT UNION**, TK Credit Recovery, Smith & Associates,
Eric Llewellyn Kaasa, and Bret A. Yaple,
Appellees

From the 131st Judicial District Court, Bexar County, Texas
Trial Court No. 2018CI07292
Honorable Stephani A. Walsh, Judge Presiding

PER CURIAM

Sitting:     Irene Rios, Justice
             Beth Watkins, Justice
             Liza A. Rodriguez, Justice

Delivered and Filed: July 3, 2019

DISMISSED

Appellants have filed a motion asking this court to dismiss this appeal and to order the

parties to bear their own appellate costs. Appellants certify they have conferred with appellees and

appellees are unopposed to the motion. We, therefore, grant the motion and dismiss this appeal.

*See* TEX. R. APP. P. 42.1(a). The parties shall bear their own appellate costs. *See id.* 42.1(d).

PER CURIAM